

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
### EL PASO, TEXAS

|  | § |  |
|---|---|---|
| JESUS SALGADO NANEZ, | § | No. 08-18-00071-CV |
| Appellant, | § | Appeal from |
| v. | § | 394th District Court |
| PALOMA NANEZ, | § | of Brewster County, Texas |
| Appellee. | § | (TC # 2016-06-B0886) |
|  | § |  |

## MEMORANDUM OPINION

Jesus Salgado Nanez has filed a motion to dismiss his appeal. *See* TEX.R.APP.P. 42.1(a)(1).

We grant the motion and dismiss the appeal. Costs of the appeal are taxed against Appellant.

TEX.R.APP.P. 42.1(d).

October 17, 2018

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.